UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Byron Hernan Murillo Torres,<br><br>       Petitioner,<br><br>    v.<br><br>Thomas Decker, *et al.*,<br><br>       Respondents. | 21-CV-10952 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that:

1. Respondents shall file a response to Petitioner's petition for a writ of habeas corpus by January 21, 2022; and

2. Petitioner shall file a reply by February 4, 2022.

SO ORDERED.

Dated: December 27, 2021
     New York, New York

                     RONNIE ABRAMS
                     United States District Judge